AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

LYNN D. BECKER,

        Plaintiff,

v.

UTE INDIAN TRIBE OF THE UINTAH & OURAY RESERVATION, a federally recognized Indian Tribe and a federally chartered corporation, the UINTAH AND OURAY TRIBAL BUSINESS COMMITTEE, and UTE ENERGY HOLDINGS LLC, a Delaware LLC,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-00958-TC

IT IS ORDERED AND ADJUDGED that pursuant to the mandate of the Tenth Circuit, the case is dismissed without prejudice. An award of attorneys' fees in the amount of $236,392.75 is awarded in favor of Lynn D. Becker and against the Ute Indian Tribe of the Uintah and Ouray Reservation, the Uintah and Ouray Tribal Business Committee, and Ute Energy Holdings, LLC. An award of attorneys' fees in the amount of $93,879.50 is awarded in favor of John P. Jurrius and against the Ute Indian Tribe of the Uintah and Ouray Reservation, the Uintah and Ouray Tribal Business Committee, and Ute Energy Holdings, LLC.

February 11, 2022

*Date*

BY THE COURT:

*Tena Campbell*

U.S. District Judge Tena Campbell